# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                Crim. No. 5:11-MJ-1633

JOSHUA D. EVANS

    On July 11, 2012, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                          Respectfully submitted,

/s/ Robert K. Britt                                             /s/ Matthew Smith  
Robert K. Britt                                                 Matthew Smith  
Senior U.S. Probation Officer                                   U.S. Probation Officer

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___8___ day of ___April___, 2013.

James E. Gates  
U.S. Magistrate Judge